**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | CHAPTER: | 7 |
| | ) | | |
| Jacek Miroslaw Ciuba, | ) | CASE NO: | 20-06342 |
| | ) | | |
| DEBTOR. | ) | JUDGE: | Jacqueline P. Cox |

## **NOTICE OF MOTION**

TO: See attached list

    PLEASE TAKE NOTICE that on July 28, 2020, at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox or any judge sitting in that judge's place, and present the motion by Trustee Alex Moglia for dismissal of debtor's bankruptcy case with notice under local rule 2002-1 or in the alternative extend time to object to discharge, a copy of which is attached.

    **This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at [www.Court-Solutions.com](http://www.Court-Solutions.com) or by calling Court Solutions at (917) 746-7476.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    By: Alex D. Moglia
    1325 Remington Road, Ste. H
    Schaumburg, IL 60173
    847-884-8282
    amoglia@mogliaadvisors.com

CERTIFICATE OF SERVICE

I, Karen Nandapreecha, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 26, 2020, at 5:30 p.m.

First Class U.S. Mail
Jacek Miroslaw Ciuba
3346 N Natchez Ave.
Chicago, IL 60634

ECF
Alex D. Moglia
amoglia@mogliaadvisors.com

Alexander Lacherbauer-Lynn
alacherbauerlynn@lowenia.com

Patrick S. Layng
Ustpregion11.es.ecf@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | CHAPTER: | 7 |
| | ) | | |
| Jacek Miroslaw Ciuba, | ) | CASE NO: | 20-06342 |
| | ) | | |
| DEBTOR. | ) | JUDGE: | Jacqueline P. Cox |

**MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1 OR IN THE ALTERNATIVE TO EXTEND TIME TO OBJECT TO DISCHARGE**

NOW COMES Alex D. Moglia, Trustee, and in support of his Motion herein, respectfully represents as follows:

1. This case is currently pending under Chapter 7 of the U.S. Bankruptcy Code, and Movant is the duly appointed and qualified Trustee herein.

2. The original Chapter 7 meeting of creditors herein was set for May 6, 2020.

3. Debtor failed to appear at that hearing and Trustee continued the meeting to June 2, 2020.

4. Debtor failed to appear at that continued hearing on June 2, 2020.

5. As a result of Debtor's failure to comply with the provisions of the Bankruptcy Code and submit to appropriate examination, Trustee is unable to properly and timely administer this case, or to determine whether or not grounds for objection to discharge exist pursuant to his duties as set forth in 11 U.S.C. §704.

WHEREFORE Trustee prays for entry of an order dismissing this Chapter 7 Case and vacating any previously entered discharge herein as entered in error (if any) or, in the alternative, extending for 60 days the date by which Trustee may object to Debtors' Discharge.

Respectfully submitted:

By: <u>*/s/ Alex D. Moglia /s/*</u>

Alex D. Moglia, Trustee
1325 Remington Rd., Ste. H
Schaumburg, IL 60173
847-884-8282
amoglia@mogliaadvisors.com